UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

REBECCA RISNER, *et al.*,              )
                                        )
            Plaintiffs,                 )
                                        )    Cause No. 3:26-cv-00208-CCB-SJF
      v.                                )
                                        )
STARKE COUNTY, *et al.,*                )
                                        )
            Defendants.                 )

## STATE DEFENDANTS MOTION FOR EXTENTION OF TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

State Defendants, Leslie Baker, Thomas Poulos, and Charles Hasnerl, by counsel, Deputy Attorney General Timothy M. Hamilton, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and N.D. Ind. L.R. 6-1, respectfully request this Court grant them a 14-day extension, up to and including **June 5, 2026**, to file a reply brief in support of their Motion to Dismiss. [ECF 23]. In support, the State Defendants state as follows:

1.     State Defendants filed their Motion to Dismiss on April 24, 2026. [ECF 23].

2.     On May 15, 2026, Plaintiffs filed their response in opposition to State Defendants' Motion to Dismiss. [ECF 28].

3.     The deadline for State Defendants to file a reply in support of their Motion to Dismiss is May 22, 2026. *See* N.D. Ind. L.R. 7.1(d)(2)(B).

4.    This deadline has not yet expired and has not been previously extended.

5.    State Defendants request an additional 14 days, up to and including **June 5, 2026**, to file a reply in support of their Motion to Dismiss.

6.    Good cause exists for this extension.

7.    First, State Defendants require additional time as the undersigned counsel has several competing deadlines and obligations, including a supporting reply for a motion to dismiss due on May 22, 2026, in *Jesse Reeder, et al. v. Board of Commissioners and Council of the County of Harrison, Indiana, et al.* 4:26-cv-24-SEB-KMB; a summary judgement motion also due on May 22, 2026 in *Desmond Hill v. Chaplain Shipman, et al.* 1:25-cv-00380-JRO-MJD; and assisting with the drafting of a responsive pleading due on May 20, 2026, in *Dennis Jones v. State of Indiana, et al*. 3:26-cv-00075-MPB-CSW.

8.    Further, undersigned counsel was served with a preliminary injunction motion on May 17, 2026, in *Carolyn Wendy Herz v. Dennis Sasso, et al*. 49D03-2604-CT-018461.

9.    Additionally, the Indiana Attorney General's office will be closed on May 25, 2026, and the undersigned is scheduled for a routine medical procedure for May 27, 2026, and will be out of the office.

10.    Therefore, State Defendants respectfully request an extension to file a reply in support of their Motion to Dismiss to **June 5, 2026**.

11.    This motion is not made to harass nor for the purpose of undue delay.

12.    Plaintiffs are proceeding *pro se* in this matter and have not been contacted regarding this motion. N.D. Ind. L. R. 6-1(c)(1).

WHEREFORE, State Defendants, by counsel, respectfully request that the Court grant a 14-day extension of time, up to and including **June 5, 2026**, to file their reply in support of their

- 3 -

motion to dismiss.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Atty. No. 18857-49

Date: May 18, 2026

By: */s/ Timothy M. Hamilton*
Deputy Attorney General
Attorney No. 39708-22

OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317)234-0521
Facsimile: (317)232-7979
E-mail:  Timothy.Hamilton@atg.in.gov

**<u>Certificate of Service</u>**

I hereby certify that on May 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that on May 18, 2026, I served the foregoing via the CM/ECF system, if a registered user, or by United States mail, first-class postage prepaid, on the following:

Rebecca Risner
3860 S. 300 E.
Knox, IN 46534
*Pro Se Plaintiff*

Jeremy Risner
3860 S. 300 E.
Knox, IN 46534
*Pro Se Plaintiff*

/s/ *Timothy M. Hamilton*
Timothy M. Hamilton
Deputy Attorney General